UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEWEY BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:21-cv-01461-SRC |
| | ) |
| D. MARSHAIK, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the filing of a complaint by inmate Dewey Barnett. For the reasons discussed below, plaintiff will be directed to file an application for leave to proceed *in forma pauperis* or pay the full $402 filing fee. Plaintiff will also be directed to file an amended complaint on a Court-provided form.

**I.    Background**

On July 22, 2021, Garrett Bellow filed a civil rights action on behalf of himself and nine (9) other inmates related to an incident that occurred at the Jefferson County Detention Center. *See Barnett v. Marshaik*, No. 4:21-CV-907 DDN (E.D. Mo.).[1] Because multiple prisoners may not join together in a single lawsuit, the court severed the additional plaintiffs from Mr. Bellow's action. *See, e.g., Georgeoff v. Barnes*, No. 2:09-cv-14-ERW (E.D. Mo. May 18, 2009); Fed. R. Civ. P. 20. Thus, this action was opened on behalf of Plaintiff Dewey Barnett on December 14, 2021. *See Barnett v. Marshaik*, No. 4:21-CV-907 DDN (E.D. Mo.) [ECF No. 2].

Because Barnett failed to include his own claims in the complaint, or sign the pleading, the Court will require Barnett to file an amended complaint on a court-provided form. Additionally,

---

[1] Mr. Bellow was the only plaintiff to sign the complaint, and he was the only plaintiff to submit a motion to proceed *in forma pauperis* in his case.

Barnett will be required to file an application for leave to proceed *in forma pauperis* or pay the full $402 filing fee. Barnett will have twenty-one (21) days to comply with the Court Order.

**II.     Discussion**

Under the Local Rules of this Court: "An application to proceed *in forma pauperis* shall be accompanied by a statement of the applicant's financial information set forth on a form provided by the Court. The Court may require the submission of additional information in a particular case." E.D. Mo. L.R. 2.05(A). Additionally, the Clerk can return any complaint submitted for filing *in forma pauperis* which is not accompanied by an affidavit as required by 28 U.S.C. § 1915(a). E.D. Mo. L.R. 2.05(C). Under 28 U.S.C. § 1915(a)(1), the affidavit should include "a statement of all assets."

The Court may authorize the commencement or prosecution of a civil action without prepayment of fees if the plaintiff demonstrates that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). *In forma pauperis* status is a matter of privilege, not of right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). To enjoy the statute's benefits, a litigant need not show that he is "absolutely destitute," but he must demonstrate that, because of his poverty, he cannot pay for the litigation costs and still be able to provide for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000). Determining whether to grant or deny *in forma pauperis* status under § 1915 is within the sound discretion of the trial court. *Lee*, 231 F.3d at 458.

Plaintiff will be directed to either file a motion for leave to proceed *in forma pauperis* with the required financial information or pay the full $402 filing fee for this case to proceed. Because plaintiff is currently incarcerated, he must also provide the Court with a certified prison account statement setting forth the past six months of his account in custody, prior to filing his complaint.

2

Additionally, plaintiff will be directed to file an amended complaint on a court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff must sign the complaint form in compliance with Federal Rule of Civil Procedure 11.

Plaintiff will be given twenty-one (21) days in which to comply. Failure to submit an amended complaint on a court-provided form, and to either pay the $402 filing fee or file a motion to proceed *in forma pauperis* accompanied by an account statement, will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's 'Prisoner Civil Rights Complaint' form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court form within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or file an application to proceed without prepayment within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff files an application to proceed without prepayment, he must also file a certified copy of his inmate account statement for the six-month period preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that upon the filing of the amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

If plaintiff fails to timely comply with this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 22nd day of December 2021.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**